IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00525-WYD-MEH

VINCENT TUCKER,

    Plaintiff(s),

v.

AMERICA WEST AIRLINES, a Delaware Corporation; and
MESA AIRLINES, a Nevada Corporation,

    Defendant(s).

## ORDER DISMISSING PARTY

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Defendant America West Airlines with prejudice, filed May 3, 2006. Having reviewed the motion and the file in this matter, I find that the motion should be **GRANTED**. Therefore, it is

ORDERED that the claims and causes of action asserted against Defendant America West Airlines are hereby **DISMISSED WITH PREJUDICE**.

Dated: May 12, 2006

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge