IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-00525-CBS-MEH

VINCENT TUCKER,
    Plaintiff,
v.

MESA AIRLINES, INC., a Nevada corporation,
    Defendant.

## DISMISSAL ORDER

    This civil action comes before the court on the parties' Stipulation for Dismissal with Prejudice (filed October 24, 2006) (doc. # 32).  Pursuant to the reassignment dated October 30, 2006 (doc. # 33), this civil action was assigned to Magistrate Judge Shaffer.  The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' Stipulation for Dismissal with Prejudice (filed October 24, 2006) (doc. # 32) is approved.

    2.    This civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

    3.    Each party shall bear his, her, or its own attorney fees and costs.

Dated at Denver, Colorado this 30th day of October, 2006.

                                                By the Court:

                                                *s/Craig B. Shaffer*
                                                United States Magistrate Judge